UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Jamar [Summers]<br>Administrator Land Patent Holder<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN WEST SAVINGS, trustee, et al.,<br><br>Defendants. | Case No: C 11-2562 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Maxine M. Chesney to consider whether it is related to <u>Chris Summers v. Marin County Recorders Office</u>, Case No. C 09-1485 MMC.

IT IS SO ORDERED.

Dated: October 25, 2011

                                              SAUNDRA BROWN ARMSTRONG
United States District Judge