UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christopher Jamar [Summers]<br>Administrator Land Patent Holder<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN WEST SAVINGS, trustee, et al.,<br><br>　　　　　Defendants. | Case No:  C 11-2562 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Maxine M. Chesney to consider whether it is related to <u>Chris Summers v. Marin County Recorders Office</u>, Case No. C 09-1485 MMC.

　　　IT IS SO ORDERED.

Dated: October 25, 2011

　　　　　　　　　　　　　　　　　　　　／s／ Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge